IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-CV-00579-FDW-DCK

| | |
|---|---|
| DUNN SOUTHEAST, INC., d/b/a R.J. GRIFFIN & COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLOTTE FC, LLC; FLAHERTY & COLLINS PROPERTIES, a/k/a FLAHERTY & COLLINS PROPERTIES, LLC; FLAHERTY & COLLINS CONSTRUCTION, INC.; FLAHERTY & COLLINS, INC.; DAVID M. FLAHERTY; JERRY K. COLLINS; BRIAN PLOSS; HOUSE INVESTMENTS – CHARLOTTE FC INVESTORS, LLC; HOUSE INVESTMENTS – REAL ESTATE OPPORTUNITY FUND III, L.P.; HOUSE INVESTMENTS – REAL ESTATE OPPORTUNITY FUND IV, LLC; HOUSE INVESTMENTS, LLC; DOUG SYLVESTER; U.S. BANK NATIONAL ASSOCIATION; and CHICAGO TITLE INSURANCE COMPANY, <br><br> Defendants. | **ORDER** |

THIS MATTER came before the Court upon motion by Defendants U.S. Bank National Association and Chicago Title Insurance Company, through their counsel of record and with the consent of all counsel of record, to remand this action to the Superior Court of Mecklenburg County, North Carolina. For good cause shown, the foregoing motion is GRANTED, and IT IS HEREBY ORDERED that this matter is REMANDED. The Clerk is directed to close this case.

Signed: December 19, 2008

Frank D. Whitney
United States District Judge

HTPL: 375571 v1